IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SHARON C. BOMMER,              )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )         3:12cv829-MHT
                               )             (WO)
BENTELER AUTOMOTIVE and        )
ROBERT D. RICHARDS,            )
                               )
    Defendants.                )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (doc. no. 37) is granted and that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, attorneys' fees and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 7th day of June, 2013.

                           /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**